IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                      / | No. C 05-01185 WHA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties, by and through their respective counsel of record, hereby stipulate to continue the case management conference in this action presently set for June 23, 2005, at 11:00 a.m. to **JULY 7, 2005, AT 11:00 A.M.**  The continuance is necessary to accommodate plaintiff's counsel who is unable to attend due to a sudden death in his family.

Date:  June 14, 2005.                                   /s/  Thomas C. Lee
                                                                    Thomas C. Lee

Date:  June 14, 2005.                                   /s/  Daniel Robert Bartley
                                                                    Daniel Robert Bartley

**SO ORDERED.**

Dated:  June 14, 2005.
                                                                    WILLIAM ALSUP
                                                                    UNITED STATES DISTRICT JUDGE