DANIEL ROBERT BARTLEY, CA Bar No. 79586
Post Office Box 686
7665 Redwood Boulevard, Suite 200
Novato, CA  94948-0686
Telephone 415 898 4741
Fax 415 898 4841
E-mail DanielBartleyLaw@aol.com

Attorney for Oliver Hill, Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

— SAN FRANCISCO —

| | |
|---|---|
| OLIVER HILL,<br><br>            Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.  CV-01185-WHA<br><br>**ORDER GRANTING LEAVE TO FILE VERIFIED SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF, WITH DEMAND FOR JURY TRIAL** |

    Respective counsel having stipulated to an order granting Plaintiff Oliver Hill leave to file his tendered "Second Amended Complaint for Damages and Injunctive Relief, with Demand for Jury Trial,"

    IT IS SO ORDERED that Plaintiff be, and he hereby is, granted leave to file his tendered "Second Amended Complaint for Damages and Injunctive Relief, with Demand for Jury Trial."

Dated: July 11, 2005

_____
HON. WILLIAM H. ALSUP, JUDGE
UNITED STATES DISTRICT COURT

*Oliver Hill v. San Francisco Bay Area Rapid Transit District, et al.* - U.S. District Ct. ND Cal - No. CV-01185-WHA