OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
RUTH M. CHOW (SBN 191617)
300 Lakeside Drive, 23rd Floor West
P.O.Box 12688
Oakland, CA  94604-2688
Tel:  (510) 464-6034
Fax:  (510) 464-6049

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

- SAN FRANCISCO -

| | |
|---|---|
| OLIVER HILL,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.:  CV-01185-WHA<br><br>STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT |

- 1 -

HILL v. BART C 01185WHA      STIPULATION AND ORDER EXTENDING TIME

1    The parties, by and through their respective counsel of record, stipulate that defendant San

2    Francisco Bay Area Rapid Transit District shall have an additional ten (10) days to and including

3    August 1, 2005 within which time to answer or otherwise plead to plaintiff's second amended

4    complaint herein.

5    Dated:  July 20, 2005

6                                    OFFICE OF THE GENERAL COUNSEL
                                     SAN FRANCISCO BAY AREA
7                                    RAPID TRANSIT DISTRICT

8

9                                    By:        /s/  Thomas C. Lee
                                                Thomas C. Lee
10                                   Attorneys for Defendant San Francisco
                                     Bay Area Rapid Transit District
11

12

13   Dated  July 20, 2005

14

15                                   By:        /s/  Daniel Robert Bartley
                                                Daniel Robert Bartley
16                                   Attorneys for Plaintiff Oliver Hill

17

18

19   No deadlines set forth in the case management order of July 7,2005 are affected by this order.

20   IT IS SO ORDERED.

21

22   Dated: July 21, 2005

23

24

25                                   William H. Alsup
                                     Judge of the United States District Court

26

27

28

- 2 -